**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| VLADIMIR V. KALCHENKO,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-00187-SLG |

## TRIAL SCHEDULING ORDER

The parties have filed a proposed pretrial order st Docket 15. This order memorializes the parties' agreements and the Court's orders from the hearing held before the Court on September 3, 2026.

**TRIAL.** Subject to any unavoidable conflicts in the Court's calendar, a bench trial in this case is scheduled to commence on **November 5, 2026**, and is expected to take approximately **1** day. Unless otherwise ordered, trial will commence at **9:00 a.m** and will adjourn for the day no later than **4:30 p.m.**

The final pretrial conference is scheduled for **October 28, 2026,** at **1:30 p.m.** *See* Local Civil Rule 39.1.

The final pretrial conference and the trial will each be held in Courtroom 2 of the James M. Fitzgerald U.S. Courthouse and Federal Building, located at 222 West 7th Avenue in Anchorage, Alaska.

**WITNESS LISTS**. On or before **September 17, 2026,** each party will file and serve a preliminary witness list.

On or before **October 27, 2026**, each party will file and serve a trial witness list which shall include only persons who have been previously disclosed as potential witnesses in a timely filed preliminary witness list. This trial witness list will disclose only those witnesses whom the party will in fact call at trial. Only those witnesses so listed will be permitted to testify at trial. Witnesses will be listed in the order in which it is expected they will be called. As to each witness so listed (even though the witness may have been deposed), the party will disclose the testimony expected to be elicited from that witness at trial. The disclosure will be specific and not general, the purpose being to avoid surprise and delay at trial and to give the opposing party an adequate basis for developing cross-examination.

**CLOSE OF DISCOVERY.** All discovery shall be completed on or before **October 8, 2026**.

**EXHIBITS**. On or before **October 27, 2026**, the parties shall exchange Trial Exhibits and Trial Exhibit Lists, and confer regarding stipulations, in accordance with Local Civil Rule 39.3(b)(1). The Trial Exhibit List shall identify by number or letter those exhibits marked for admission and those marked for identification, and briefly describing each exhibit. Each party's Trial Exhibit List shall identify stipulations as to authenticity and admissibility in accordance with Local Civil Rule 39.3(b)(2).

At the time each party files and serves its Trial Exhibit List and each deposition it anticipates using at trial, it shall also deliver a copy of each to the Clerk's office for the Court's use, in accordance with Local Civil Rule 39.3(b)(3).

**FILING DATES.** The parties will prepare, serve or exchange, and file or lodge with the Court on or before the dates above specified all the documents above specified. These dates will not be subject to change by stipulation of the parties and may be changed only by order of the Court for good cause shown. *See* Rule 16(f), Federal Rules of Civil Procedure.

DATED this 10th day of September, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE